

Malik Ja'relle Williams

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Dollar Tree Store 5202

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No.   2:26-cv-149-DCN-MGB

*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☒ No

*(check one)*

I. **The Parties to This Complaint A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Malik Ja'relle Williams |
| Street Address | 51 Fiore Drive |
| City and County | Savannah is the city. and Chatham is the county. |
| State and Zip Code | Georgia is the state. 31419-6224 is the zip code. |
| Telephone Number | 907-378-4873 |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Dollar Tree Store 5202 |

| | |
|---|---|
| Job or Title (if known) | |
| Street Address | 5900 Rivers Ave Unit E-1 |
| City and County | North Charleston is the city. Charleston is the county. |
| State and Zip Code | South Carolina is the state. 29406-6082 is the zip code. |
| Telephone Number | 854-200-2815 |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

Name _____

Job or Title _____

(if known)

Street Address _____

City and _____

County

State and _____

Zip Code

Telephone _____

Number

Defendant No. 4

Name _____

Job or Title _____

(if known)

Street Address _____

City and _____

County

State and _____

Zip Code

Telephone _____

Number

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Malik Ja'relle Williams, is a citizen of the State of *(name)* Georgia.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* Dollar Tree Store 5202, is incorporated under the laws of the State of *(name)* South Carolina, and has its principal place of business in the State of *(name)* Virginia. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$500,000 is the amount at stake. This is due to the long-term effects of

being in personal injuries. The property was not properly cleaned and the expired products cause serious harm to me.

---

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On November 09, 2025, I purchased some products from the defendant business and found out they were expired a very long time ago. The inside of the business is not being properly cleaned. Using the expired products without knowing it was expired made me sick. These types of issues can hurt me later on in life and I want compensation for future problems that can happen from Dollar Tree store 5202 weakening my immune system, mental health, and physical health. The photo evidence of the expiration date and look of the facility will show how harmful it all currently can still be inside of Dollar Tree store 5202.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff is asking for compensatory damages in the amount of $500,000. Digesting expired products from Dollar Tree store 5202 hurt me. Being inside of the unclean building cause brain fog and other issues.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where caserelated papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 8, 2026.

Signature of Plaintiff    *Malik J Williams*

Printed Name of Plaintiff    Malik Ja'relle Williams

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney _____

Bar Number          _____

Name of Law Firm    _____

Address             _____

Telephone Number    _____

E-mail Address      _____